UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC.,

    Plaintiff,

vs.

FBA STORES, LLC., et al.,

    Defendants.

NO. C17-1830RSL

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered December 6, 2017, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 15th day of December, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT