The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>FBA STORES, LLC, a limited liability company; FBA DISTRIBUTORS, LLC, a limited liability company; FBA ADVANTAGE, LLC, a limited liability company; AWS, LLC, a limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a corporation; CHRISTOPHER BOWSER, an individual; ADAM BOWSER, an individual; and DOE Companies 1-20,<br><br>                    Defendants. | NO. 2:17-cv-01830-RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING<br><br>NOTE ON MOTION CALENDAR: DECEMBER 22, 2017 |

## STIPULATION

The undersigned counsel, on behalf of their respective clients, hereby stipulate that defendants shall have until February 9, 2018, to file their answer or to otherwise respond to the complaint.

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE ANSWER OR OTHER
RESPONSIVE PLEADING - 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1
2
       DATED this 22nd day of December, 2017.

3  BYRNES KELLER CROMWELL LLP       SUMMIT LAW GROUP PLLC

4  By /s/ Bradley S. Keller         By /s/ Philip S. McCune
    Bradley S. Keller, WSBA #10665          Philip S. McCune, WSBA #21081
5      Byrnes Keller Cromwell LLP         Christopher T. Wion, WSBA #33207
    1000 Second Avenue, 38th Floor      Summit Law Group PLLC
6      Seattle, WA  98104              315 Fifth Avenue S., Suite 1000
    Telephone:  (206) 622-2000          Seattle, WA  98104-2682
7      Email:  bkeller@byrneskeller.com      Telephone:  (206) 676-7000
    *Attorneys for Defendants*             philm@summitlaw.com
8                                    chrisw@summitlaw.com
                                  *Attorneys for Plaintiff*
9

10                            **ORDER**

11        Based on the foregoing, it is so ORDERED.  Defendants shall have until February 9,

12 2018, to answer or otherwise respond to the complaint.

13        DATED this **26** day of December, 2017.

14
15                           _____
                          Honorable Robert S. Lasnik
16                           United States District Court Judge

17 Presented by:

18 BYRNES KELLER CROMWELL LLP

19
20 By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
21     Byrnes Keller Cromwell LLP
    1000 Second Avenue, 38th Floor
22     Seattle, WA  98104
    Telephone:  (206) 622-2000
23     Email:  bkeller@byrneskeller.com
    *Attorneys for Defendants*
24
25
26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE ANSWER OR OTHER
RESPONSIVE PLEADING - 2

1   SUMMIT LAW GROUP PLLC

2

3   By /s/ Philip S. McCune
       Philip S. McCune, WSBA #21081
       Christopher T. Wion, WSBA #33207
4      Summit Law Group PLLC
       315 Fifth Avenue S., Suite 1000
5      Seattle, WA 98104-2682
       Telephone: (206) 676-7000
6      philm@summitlaw.com
       chrisw@summitlaw.com
7      *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE ANSWER OR OTHER
RESPONSIVE PLEADING - 3

1

## CERTIFICATE OF SERVICE

2

3      The undersigned attorney certifies that on the 22nd day of December, 2017, I
electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which

4      will send notification of such filing to all counsel on record in the matter.

5

6                                              /s/ Bradley S. Keller
                                               Byrnes Keller Cromwell LLP
7                                              1000 Second Avenue, 38th Floor
                                               Seattle, WA 98104
8                                              Telephone: (206) 622-2000
                                               Facsimile: (206) 622-2522
9                                              bkeller@byrneskeller.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE ANSWER OR OTHER
RESPONSIVE PLEADING - 4