# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, | |
| Plaintiffs, | CASE NO. C17-1830RSL |
| v. | |
| | JURY TRIAL |
| FBA STORES, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on defendants' unopposed motion to reset this matter for trial by jury. The motion is GRANTED. An amended case management order will be issued.

Dated this 21st day of March, 2018.

_Mnt S Lasnik_
Robert S. Lasnik
United States District Judge

JURY TRIAL