UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON SERVICES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FBA STORES, LLC, a limited liability company; FBA DISTRIBUTORS, LLC, a limited liability company; FBA ADVANTAGE, LLC, a limited liability company; AWS, LLC, a limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a corporation; CHRISTOPHER BOWSER, an individual; ADAM BOWSER, an individual; and DOE Companies 1 – 20,<br><br>Defendants. | CASE NO. 2:17-cv-01830-RSL<br><br>ORDER STAYING PROCEEDINGS |

Pursuant to the Temporary Restraining Order issued by the United States District Court for the District of Nevada in Case No. 2:18-cv-00442-JCM-PAL, *Federal Trade Commission v. AWS, LLC, et al.*, this matter is STAYED, and any and all pending motions and deadlines are hereby STRICKEN.

ORDER STAYING PROCEEDINGS - 1

1  The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. Plaintiffs shall, within fourteen days of the termination of the receivership in the Nevada litigation or of obtaining other relief from the asset freeze that would enable this litigation to go forward, notify the Court of the change of circumstance and either dismiss the case or request the issuance of a case management order.

IT IS SO ORDERED.

Dated this 23rd day of March, 2018.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

ORDER STAYING PROCEEDINGS - 2