The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON SERVICES, LLC, a Nevada limited liability company,<br><br>      Plaintiffs,<br><br>    v.<br><br>FBA STORES, LLC, a limited liability company; FBA DISTRIBUTORS, LLC, a limited liability company; FBA ADVANTAGE, LLC, a limited liability company; AWS, LLC, a limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a corporation; CHRISTOPHER BOWSER, an individual; ADAM BOWSER, an individual; and DOE Companies 1 – 20,<br><br>      Defendants. | CASE NO. 2:17-cv-01830-RSL<br><br>PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO LIFT STAY AND TO DISMISS ALL CLAIMS PURSUANT TO RULE 41(A)(2)<br><br>NOTED ON MOTION CALENDAR: May 24, 2019 |

PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION
TO LIFT STAY AND TO DISMISS ALL CLAIMS
PURSUANT TO RULE 41(A)(2) - 1
CASE NO. 2:17-cv-01830-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Defendants have submitted no opposition to Plaintiffs' Motion to Lift Stay and Dismiss All
2  Claims Pursuant to Rule 41(a)(2).  As the Motion is unopposed, Plaintiffs respectfully request that
3  it be granted and all claims dismissed, without prejudice.

4  DATED: May 24, 2019

> By *s/ Christopher T. Wion*
> Philip S. McCune, WSBA #21081
> Christopher T. Wion, WSBA #33207
> 315 Fifth Avenue S., Suite 1000
> Seattle, WA  98104
> (206) 676-7000
> *philm@summitlaw.com*
> *chrisw@summitlaw.com*
>
> **Attorneys for Plaintiffs**

PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION
TO LIFT STAY AND TO DISMISS ALL CLAIMS
PURSUANT TO RULE 41(A)(2) - 2
CASE NO. 2:17-cv-01830-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendants*

Bradley S. Keller
Keith D. Petrak
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
*bkeller@byrneskeller.com*
*kpetrak@byrneskeller.com*

Charles J. Rogers
Conley Rose, P.C.
575 N. Dairy Ashford Road, Suite 1102
Houston, TX  77079
*crogers@conleyrose.com*

Darlene F. Ghavimi
Conley Rose, P.C.
13413 Galleria Circle, Suite 100
Austin, TX  78738
*dghavimi@conleyrose.com*

*Counsel for Receiver, Robb Evans & Associates LLC*

Gary Owen Caris, CA SBN 088918
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
(310) 284-3880
*gcaris@btlaw.com*

DATED this 24th day of May, 2019.

*s/ Colleen A. Broberg*
Colleen A. Broberg

PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION
TO LIFT STAY AND TO DISMISS ALL CLAIMS
PURSUANT TO RULE 41(A)(2) - 3
CASE NO. 2:17-cv-01830-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001