The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON SERVICES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FBA STORES, LLC, a limited liability company; FBA DISTRIBUTORS, LLC, a limited liability company; FBA ADVANTAGE, LLC, a limited liability company; AWS, LLC, a limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a corporation; CHRISTOPHER BOWSER, an individual; ADAM BOWSER, an individual; and DOE Companies 1 – 20,<br><br>Defendants. | CASE NO. 2:17-cv-01830-RSL<br><br>ORDER GRANTING MOTION TO LIFT STAY AND TO DISMISS ALL CLAIMS PURSUANT TO RULE 41(A)(2) |

THIS MATTER having come before the Court on plaintiffs' unopposed Motion to Lift Stay and To Dismiss All Claims Pursuant to Rule 41(a)(2) and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDER GRANTING MOTION TO LIFT STAY AND TO
DISMISS ALL CLAIMS PURSUANT TO RULE 41(A)(2) 1
CASE NO. 2:17-cv-01830-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   ORDERS, ADJUDGES AND DECREES that plaintiffs' Motion to Lift Stay and To
Dismiss All Claims Pursuant to Rule 41(a)(2) is hereby GRANTED. All claims are hereby
dismissed, without prejudice.

IT IS SO ORDERED.

Dated this 28th day of May, 2019.

*signature*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiffs

By *s/ Philip S. McCune*
    Philip S. McCune, WSBA #21081
    Christopher T. Wion, WSBA #33207

ORDER GRANTING MOTION TO LIFT STAY AND TO
DISMISS ALL CLAIMS PURSUANT TO RULE 41(A)(2) 2
CASE NO. 2:17-cv-01830-RSL

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001